# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 11-0218-01-CR-W-FJG |
| Monterrio M. Woods, | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is defendant's motion to suppress evidence and statements (Doc. #19), filed December 2, 2011 and the Government's response (Doc. #20), filed December 19, 2011.

On January 25, 2012, United States Magistrate Judge John T. Maughmer held an evidentiary hearing on the pending motion to suppress. Thereafter, on April 6, 2012, Judge Maughmer entered a report and recommendation which recommended denial of the motion to suppress. Defendant's objections to the Magistrate's report and recommendation (Doc. #31) were filed on April 9, 2012, and the Government's response (Doc. #32) filed on April 11, 2012.

The Court, after independent review of the record and applicable law, adopts and incorporates by reference herein, the Magistrate's findings and conclusions. Therefore, the Court finds that defendant's motion to suppress evidence and statements (Doc. #20), filed December 19, 2011, must be denied.

Accordingly, it is

ORDERED that the Magistrate's findings and conclusions are hereby adopted and incorporated herein by reference. It is further

ORDERED that defendant's motion to suppress evidence and statements (Doc. #20), filed December 19, 2011, is denied.

/s/Fernando J. Gaitan, Jr.
Judge Fernando J. Gaitan, Jr.
Chief United States District Judge

Dated: April 12, 2012